USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIN MERRIWEATHER,
                Plaintiff,

           -against-

CROTHALL HEALTHCARE, INC.,
                Defendant.
-----------------------------------------------------------X

17 CIVIL 653 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated December 2, 2019, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        December 2, 2019

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                    BY:
                                              **Deputy Clerk**